**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: TERMINATION OF PARENTAL : No. 122 MAL 2022
RIGHTS TO  A.P.H., A MINOR :
:
: Petition for Allowance of Appeal
PETITION OF: S.L.L., MOTHER : from the Order of the Superior Court

IN RE: TERMINATION OF PARENTAL : No. 123 MAL 2022
RIGHTS TO M.S.H., A MINOR :
:
: Petition for Allowance of Appeal
PETITION OF: S.L.L., MOTHER : from the Order of the Superior Court

IN RE: TERMINATION OF PARENTAL : No. 124 MAL 2022
RIGHTS TO K.P.H., A MINOR :
:
: Petition for Allowance of Appeal
PETITION OF: S.L.L., MOTHER : from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.